

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-16-00261-CV

---

CHARLES F. STARK; BARRON, STARK & SWIFT CONSULTING ENGINEERS, L.P.; AND CENTURION AMERICAN CONSTRUCTION ENTERPRISES, L.L.C.

APPELLANTS

V.

GRAHAM ASSOCIATES, INC.

APPELLEE

----------

FROM THE 415TH DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CV13-1135

----------

## MEMORANDUM OPINION[1]

----------

We have considered the "Petition for Permission to Appeal Interlocutory Order" filed by Charles F. Stark, Barron, Stark & Swift Consulting Engineers, L.P., and Centurion American Construction Enterprises, L.L.C. Given the requirement that we strictly construe section 51.014, we decline to entertain this

---

[1]*See* Tex. R. App. P. 47.4.

appeal, and we hereby dismiss it. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d)–(f) (West 2015); Tex. R. App. P. 43.2(f); *Rogers v. Orr*, 408 S.W.3d 640, 642 (Tex. App.—Fort Worth 2013, pet. denied) ("We strictly construe a statute authorizing an interlocutory appeal because it is an exception to the general rule that only final judgments are appealable.").

PER CURIAM

PANEL:  WALKER, GARDNER, and GABRIEL, JJ.

DELIVERED:  August 18, 2016